# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:03-CV-1383** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JUDY A. MCCLELLAN,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 3rd day of January, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 14) to confirm the December 1, 2005, United States Marshal sale of the foreclosed real property located at 1066 Pennsylvania Avenue, Harrisburg, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to ADAMS COUNTY INTERFAITH HOUSING CORP., their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of JUDY A . MCCLELLAN in and to the premises sold located at 1066 Pennsylvania Avenue, Harrisburg, Pennsylvania, 17111. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge